UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

Case Number: 20-10062-CIV-MARTINEZ-REID

ERIC LEE KINCAID,

    Plaintiff,

vs.

MONROE COUNTY DETENTION CENTER,
et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO AMEND COMPLAINT

THIS CAUSE was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation ("R&R") on all dispositive matters, [ECF No. 2]. After initial screening, Magistrate Judge Reid filed a R&R, [ECF No. 8], recommending that (a) Plaintiff's *pro se* § 1983 complaint be DISMISSED pursuant to 28 U.S.C. § 1915(e) for failure to state a claim upon which relief can be granted and this case be CLOSED. Magistrate Judge Reid further recommended that Plaintiff be permitted to amend the complaint to cure the deficiencies by a date certain. Plaintiff has filed a Motion to Amend his Complaint, [ECF No. 9].

Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Plaintiff's Motion to Amend the Complaint, [ECF No. 9], is **GRANTED**. Plaintiff shall file an Amended Complaint that addresses the deficiencies set forth in Magistrate Judge Reid's R&R **on or before November 13, 2020.** Failure to do so will result in the closing of this case.

- 2 -

2. Accordingly, Magistrate Judge Reid's R&R, [ECF No. 8], is **AFFIRMED AND ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of October, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Eric Lee Kincaid, *pro se*