UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
Case Number: 20-10062-CIV-MARTINEZ-REID

ERIC LEE KINCAID,

    Plaintiff,

vs.

TRAVIS D. LOCKWOOD, et al.,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THIS CAUSE was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation, ("R&R") on all dispositive matters, [ECF No. 2]. After initial screening, Magistrate Judge Reid filed a R&R, [ECF No. 8], recommending Plaintiff's *pro se* § 1983 case be dismissed without prejudice for failure to state a claim. The R&R also recommended that Plaintiff be granted leave to cure the deficiencies by a date certain. Plaintiff timely filed an Amended Complaint, [ECF No. 11], which is now before the Court. Magistrate Judge Reid conducted an additional screening of the Amended Complaint pursuant to 28 U.S.C. § 1915(e)(2) and again found that Plaintiff has failed to state a claim, [ECF No. 12]. Accordingly, Magistrate Judge Reid issued an R&R recommending that Plaintiff's Amended Complaint be dismissed with prejudice and the case be closed. *Id*. The Court has reviewed the entire record and notes that no objections have been filed. Nonetheless, after a *de novo* review of the record, the Court agrees with the totality of Magistrate Judge Reid's R&R and finds that Plaintiff has indeed failed to state a claim for relief for the second time.

Accordingly, after careful consideration, it is hereby:

- 2 -

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation, [ECF No. 12], is **AFFIRMED** and **ADOPTED**.

Accordingly, it is

**ADJUDGED** that:

1. Plaintiff's *pro se* § 1983 Amended Complaint, [ECF No. 11], is **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

2. This case is **CLOSED**, and all pending motions shall be **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of January, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Eric Lee Kincaid, *pro se*